[Cite as *Young v. Foley*, 2021-Ohio-3399.]

| | | | |
|---|---|---|---|
| STATE OF OHIO | ) | | IN THE COURT OF APPEALS |
| | )ss: | | NINTH JUDICIAL DISTRICT |
| COUNTY OF LORAIN | ) | | |

GEORGE R. YOUNG

    Petitioner

    v.

WARDEN KEITH J. FOLEY

    Respondent

C.A. No.    21CA011794

ORIGINAL ACTION IN
HABEAS CORPUS

Dated: September 27, 2021

———————

PER CURIAM.

{¶1}    George Young has petitioned this Court for a writ of habeas corpus to order his release from custody. Because Mr. Young's petition does not comply with the mandatory requirements of R.C. 2969.25, this Court must dismiss this action.

{¶2}    R.C. 2969.25 sets forth specific filing requirements for inmates who file a civil action against a government employee or entity. Warden Foley is a government employee and Mr. Young, incarcerated in the Grafton Correctional Institution, is an inmate. R.C. 2969.21(C) and (D). A case must be dismissed if the inmate fails to comply with the mandatory requirements of R.C. 2969.25 in the commencement of the action. *State ex rel. Graham v. Findlay Mun. Court*, 106 Ohio St.3d 63, 2005-Ohio-3671, ¶ 6 ("The requirements of R.C. 2969.25 are mandatory, and failure to comply with them subjects an inmate's action to dismissal.").

{¶3}    Mr. Young sought waiver of the prepayment of the cost deposit. He did not pay the cost deposit required by this Court's Local Rules. He also failed to comply with R.C. 2969.25(C), which sets forth specific requirements for an inmate who seeks to proceed without

paying the cost deposit. Mr. Young filed an affidavit of inability to prepay or give security for costs which asked this Court to waive prepayment of the cost deposit. He did not, however, file a statement of his prisoner trust account that sets forth the balance in his inmate account for each of the preceding six months, as certified by the institutional cashier, as required by R.C. 2969.25(C).

{¶4} Because Mr. Young failed to comply with the mandatory requirements of R.C. 2969.25(C), the case is dismissed. Costs to Petitioner.

{¶5} The clerk of courts is hereby directed to serve upon all parties not in default notice of this judgment and its date of entry upon the journal. Civ.R. 58.

_____
DONNA J. CARR
FOR THE COURT

CALLAHAN, J.
SUTTON, J.
CONCUR.


APPEARANCES:

GEORGE YOUNG, Pro se, Petitioner.